# NO. 12-23-00113-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AUTHOR JAMES MANNING, JR.,* *APPELLANT* | *§* | *APPEAL FROM THE 4TH DISTRICT* |
| *V.* | *§* | *COURT* |
| *VIACOM CBS, INC.,* *APPELLEE* | *§* | *RUSK COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On May 5, 2023, Author James Manning, Jr., acting pro se, filed a notice of appeal from a dismissal for want of prosecution. That same day, the Clerk of this Court notified Manning that the notice of appeal failed to contain the information specifically required by Texas Rule of Appellate Procedure 9.5.[1] *See* TEX. R. APP. P. 9.5 (requiring service on parties).[2] The notice warned that, unless Manning filed a proper notice of appeal on or before June 5, the appeal would be referred to the Court for dismissal. This deadline passed and Manning has not filed a compliant notice of appeal or otherwise responded to this Court's notice.

---

[1] Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel. *Muhammed v. Plains Pipeline, L.P.*, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).

[2] The notice of appeal also failed to comply with Section 51.017(a) of the Texas Civil Practice and Remedies Code, which requires service on court reporters, and this Court notified Manning of said defect. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record). However, this case was dismissed for want of prosecution in the court below and the docketing statement reflects that no record was taken; thus, we decline to dismiss on this basis.

Because Manning failed, after notice, to comply with Rule 9.5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days' notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered June 30, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2023**

**NO. 12-23-00113-CV**

**AUTHOR JAMES MANNING, JR.,**
Appellant
V.
**VIACOM CBS, INC.,**
Appellee

Appeal from the 4th District Court
of Rusk County, Texas (Tr.Ct.No. 2021-288)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*